UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA D. DOWLING,

                              Plaintiff,

          -against-                                    26-cv-4457 (LTS)

FEDERAL BUREAU OF INVESTIGATION,                       CIVIL JUDGMENT
ET AL,

                              Defendants.

For the reasons stated in the June 30, 2026, order, this action is dismissed

without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 2, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                     Chief United States District Judge